THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLAUDE B. OAKLEY, ADC #108541**                                             **PLAINTIFF**

v.                        Case No. 1:19-cv-00047-KGB

**JOHNSON, Kitchen Supervisor, Grimes Unit, ADC,** *et al.*            **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). In her Proposed Findings and Recommendation, Judge Harris recommends that plaintiff Claude B. Oakley's complaint be dismissed without prejudice for failure to comply with this Court's Local Rule 5.5(c)(2) and failure to comply with a court order. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 5). The Court dismisses without prejudice Mr. Oakley's complaint.

It is so ordered this 27th day of January, 2020.

Kristine G. Baker
United States District Judge