# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLAUDE B. OAKLEY, ADC #108541**                                          **PLAINTIFF**

**v.**                         **Case No. 1:19-cv-00047-KGB**

**JOHNSON, Kitchen Supervisor, Grimes Unit, ADC,** *et al.*                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Claude B. Oakley's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge